34 So.2d 871

**Beck ROBINSON v. STATE.**

**8 Div. 638.**

Court of Appeals of Alabama.

Feb. 10, 1948.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Affirmed.